**Order filed May 22, 2014**



In The

# Eleventh Court of Appeals

————————

## No. 11-14-00094-CR

————————

## KODY DOUGLAS TAYLOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 25441A**

### O R D E R

Kody Douglas Taylor filed a pro se notice of appeal in this case. He has now filed in this court a motion requesting indigent appellate counsel. Our records reflect that the trial court has entered an order permitting Taylor's appointed trial counsel to withdraw as counsel for Taylor. The trial court has not appointed counsel for appeal. We abate this appeal.

We abate the appeal and remand the cause to the trial court so that it may determine the following:

1. Whether Taylor desires to prosecute his appeal;

2. Whether Taylor is indigent;

3. If not indigent, whether Taylor has retained counsel for this appeal; and

4. If indigent, whether Taylor desires to have counsel appointed to represent him in this appeal or whether, after being warned of the dangers and disadvantages of self-representation, Taylor competently and intelligently chooses to exercise the right to represent himself.

The trial court is directed to make appropriate findings and recommendations and to appoint counsel if appropriate. The trial court clerk is directed to prepare and forward to this court a supplemental clerk's record containing the findings, recommendations, and any orders of the trial court. If a hearing is held, the court reporter is directed to prepare and forward to this court the reporter's record from the hearing. These records are due to be filed in this court on or before June 13, 2014.

The appeal is abated.

PER CURIAM

May 22, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.